```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

```
ALPHSONSO DAVIS,                  :
                                  :
     Plaintiff,                   :    CIVIL ACTION FILE
                                  :
v.                                :    1:17-CV-04199-LMM
                                  :
CITY OF ATLANTA,                  :
ATLANTA POLICE DEPARTMENT,        :
FULTON COUNTY SHERIFFS            :
DEPARTMENT                        :
                                  :
     Defendants.                  :
_____   :
```

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, the undersigned, and files this Notice in the above-styled action. The undersigned respectfully requests that **Michelle Arrington** of the Office of the Fulton County Attorney be listed as counsel for **Defendant FULTON COUNTY SHERIFF'S DEPARTMENT**.

Respectfully submitted, this 6th day of November, 2017.

      **OFFICE OF THE FULTON COUNTY ATTORNEY**

      Patrise Perkins-Hooker
      County Attorney
      Georgia Bar No. 572358

      Kaye Woodard Burwell
      Deputy County Attorney
      Georgia Bar No. 775060

      Ashley J. Palmer
      Senior Attorney
      Georgia Bar No. 603514

*/s/ Michelle Arrington*
Michelle Arrington
Georgia Bar No. 023808
michelle.arrington@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

```
ALPHSONSO DAVIS,               :
                               :
     Plaintiff,                :   CIVIL ACTION FILE
                               :
v.                             :   1:17-CV-04199-LMM
                               :
CITY OF ATLANTA,               :
ATLANTA POLICE DEPARTMENT,     :
FULTON COUNTY SHERIFFS         :
DEPARTMENT                     :
                               :
     Defendants.               :
_____:
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this the <u>6th</u> day of November, 2017, I presented this document in Courier New, 12 point type in accordance with L.R. 5.1(C) and that I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court, using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record. I further certify that I have served Plaintiff with the foregoing motion by mailing a copy of the same via United States first class mail, postage prepaid and properly addressed to Plaintiff as follows:

This 6th day of November, 2017.

*/s/ Michelle Arrington*
Michelle Arrington
Georgia Bar No. 023808
michelle.arrington@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)