**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Alphonso Davis, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:17-CV-04199-LMM |
| City of Atlanta, Atlanta Police ) | |
| Department and Fulton County ) | |
| Sheriffs Department ) | |
| ) | |
|    Defendants. ) | |
| _____) | |

### <u>DEFENDANT FULTON COUNTY SHERIFF'S OFFICE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>

COMES NOW, Defendant Fulton County Sheriff's Department, hereinafter referred to as ("Defendant"), by and through their undersigned counsel, and hereby files this Motion to Dismiss to Plaintiff's Complaint for failure to state a claim upon which relief can be granted.  In support of this Motion, purported Defendant relies upon the Memorandum of Law in Support of its Motion to Dismiss filed contemporaneously herewith.

Respectfully submitted this 26th day of December, 2017.

        **OFFICE OF THE FULTON COUNTY ATTORNEY**
        Patrise Perkins-Hooker
        County Attorney
        Georgia Bar No.:  572378

        Kaye Woodard Burwell
        Deputy County Attorney
        Georgia Bar No.: 775060

        Ashley J. Palmer
        Senior Assistant County Attorney
        Georgia Bar No.:  603514

/s/Michelle D. Arrington
Michelle D. Arrington
Assistant County Attorney
Georgia Bar No.: 023808
michelle.arrington@fultoncountyga.gov

**Attorneys for Defendants**


**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (Office)
(404) 730-6324 (Facsimile)

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Alphonso Davis,                              )
                                             )
    Plaintiff,                           )
v.                                           )          CIVIL ACTION FILE NO.
                                             )          1:17-CV-04199-LMM
City of Atlanta, Atlanta Police              )
Department and Fulton County                 )
Sheriffs Department                          )
                                             )
    Defendants.                          )
_____)

### CERTIFICATE OF SERVICE

THIS CERTIFIES that on December 26, 2017, I have presented this document in Courier New, 12 point type, and that I have electronically filed the foregoing **DEFENDANT FULTON COUNTY SHERIFF'S OFFICE MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system/ which will automatically send email notification to all counsel of record and served the foregoing upon all parties of record by depositing a true and correct copy of same in the United States Mail with adequate postage affixed thereto, addressed as follows:

Travis M. Cain
J. David Haskin
Haskin and Cain, LLC
1675 Lower Roswell, Road
Marietta, Georgia 30068

Vera June Starks
City of Atlanta, Department of Law
55 Trinity Avenue, SW

```
                         Ste. 5000
                  Atlanta, Georgia 30303

      This 26th day of December, 2017.
```

                              */s/  Michelle Arrington*
```
                              Michelle Arrington
                              Assistant County Attorney
                              Georgia State Bar No.:023808
```

**OFFICE OF THE FULTON COUNTY ATTORNEY**
```
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)
```

```
P:\CALitigation\Sheriff\Davis, Alphonso v. Fulton County
Sheriff's Department\Drafts\Motion to Dismiss.docx
```