IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHONSO DAVIS, | : |
| Plaintiff, | : |
| v. | : |
| CITY OF ATLANTA, *et al.*, | : CIVIL ACTION NO. |
| Defendants. | : 1:17-CV-4199-LMM |

## ORDER

This case comes before the Court on Defendants the City of Atlanta and Atlanta Police Department's Motion to Dismiss [12]. That Motion is unopposed, and Plaintiff is represented by counsel. <u>See</u> LR 7.1B, NDGa. Accordingly, Defendants' Motion [12] is **GRANTED**. All claims against the City of Atlanta and the Atlanta Police Department are **DISMISSED**.

**IT IS SO ORDERED** this 10th day of January, 2018.

_____
**Leigh Martin May**
**United States District Judge**