IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHONSO DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, *et al.*,<br><br><br>　　　　Defendants. | CIVIL ACTION NO.<br>1:17-CV-04199-LMM |

## ORDER

　　This case comes before the Court on Defendant Fulton County Sheriff's Department Motion to Dismiss [13]. That Motion is unopposed, and Plaintiff is represented by counsel. Accordingly, Defendant's Motion [13] is **GRANTED**. See LR 7.1B, NDGa. All claims against the Fulton County Sheriff's Department are **DISMISSED**. Because the other Defendants in this action were dismissed in the Court's previous order, see Dkt. No. [14], the Clerk is **DIRECTED** to close this case.

　　**IT IS SO ORDERED** this 18th day of January, 2018.

_____
Leigh Martin May
United States District Judge