UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHONSO DAVIS , <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF ATLANTA, ATLANTA POLICE DEPARTMENT, and FULTON COUNTY SHERIFFS DEPARTMENT, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:17-cv-4199-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Defendants' Motions to Dismiss for Failure to State a Claim, and the court having granted said motions on January 10, 2018 and January 18, 2018, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 18th day of January, 2018.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Bao Tran Le
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 18, 2018
James N. Hatten
Clerk of Court

By:  s/ Bao Tran Le
     Deputy Clerk