# IN THE NORTHERN COURT OF GEORGIA
## NORTHERN DISTRICT COURT

| | | |
|---|---|---|
| **ALPHONSO DAVIS** | x | Case No. 1:17-cv-04199-LMM |
|     **Plaintiff,** | x | |
| **v.** | x | |
| | x | |
| **CITY OF ATLANTA,** | x | |
| **ATLANTA POLICE DEPARTMENT,** | x | |
| **FULTON COUNTY SHERIFFS** | x | |
| **DEPARTMENT,** | x | |
|     **Defendant(s),** | x | |

## **MOTION TO RECONSIDER**

COMES NOW Plaintiff in the above styled action and moves this Honorable Court to reconsider the ORDER granting the MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Fulton County Sheriff's Department, and shows the Courts as follows:

1.

Defendant is resident of Cherokee County Georgia.

2.

On January 17 and 18th several counties, including Cherokee had Court and school closing to the weather conditions making road travel unsafe and hazardous.

3.

Defendant Fulton County Sheriff's Department filed their Motion on December 26, 2017 during both Federal and State holidays.

4.

Between the December 26 and January 18 there were several storms that resulted in Government offices being closed, power outages, and road closures.

WHEREFORE, Defendant respectfully prays for the following:

    A) That the Court Reconsider Defendant Fulton County Sheriff's Department Motion to Dismiss Failure to State a Claim,

    B) That the Court Permit the filing of a response to Defendant's Motion to be filed upon the granting of this Motion within five (5) days,

    C) That the Court set such hearing as is necessary in this case and as justice requires,

Respectfully Submitted on This Date:  January 19, 2018.

                                              */s/David Haskin*
                                              David Haskin
                                              Attorney for Plaintiff
                                              Bar No. 325689

                                              */s/Travis M. Cain*
                                              Travis M. Cain
                                              Co-Counsel for Plaintiff
                                              Bar No. 940489

Haskin and Cain, LLC
1675 Lower Roswell Road
Marietta, Georgia 30068
david@haskinlawgroup.com