IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHONSO DAVIS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| FULTON COUNTY SHERIFFS DEPARTMENT, | : CIVIL ACTION NO. 1:17-CV-4199-LMM |
| | : |
| Defendant. | : |

## ORDER

This case comes before the Court on Plaintiff's Motion for Reconsideration, in which Plaintiff for the first time asks for an extension to file a Response to Defendant's Motion to Dismiss [13]. While the Court finds that Plaintiff should have filed such an extension request prior to his Response deadline, the Court **GRANTS** Plaintiff's Motion because it prefers that all parties be heard prior to ruling on substantive motions. Plaintiff's Response is due **Friday, February 24, 2018. No further extensions will be granted**.

The Court also advises Defendant that it is not required to file a Reply brief unless the Court decides to order such in the future.

**IT IS SO ORDERED** this 20th day of February, 2018.

_____
Leigh Martin May
**United States District Judge**